UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIMITRIE MARZAC,

    Defendant.
_____/

Hon. Phillip J. Green

Case No.  1:25-mj-00275

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged by way of Indictment with conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2); access device fraud, in violation of 18 U.S.C. § 1029(a)(1); access device fraud, in violation of 18 U.S.C. § 1029(a)(2); access device fraud, in violation of 18 U.S.C. § 1029(a)(3); conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349; bank fraud, in violation of 18 U.S.C. § 1344; and aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1).

The government sought defendant's detention on the basis that he poses a serious risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on May 22, 2025, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that

defendant poses a serious risk of non-appearance. The Court further finds, as explained on the record, that there is no condition or combination of conditions that will ensure the defendant's appearance. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on May 22, 2025.

Date May 22, 2025                                            /s/ Phillip J. Green
                                                             PHILLIP J. GREEN
                                                             United States Magistrate Judge